IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:01-CR-7-2-BO

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| EDWIN MOORE, JR. | ) |  |
|  | ) |  |

This matter is before the Court on defendant's motion to alter restitution payment. On February 13, 2002, defendant was sentenced to a total term of 204 month's imprisonment after pleading guilty to one charge of carjacking, and aiding and abetting, and using, carrying, and brandishing a firearm during and in relation to a crime of violence. 18 U.S.C. §§ 2119 & 924(c)(1)(A)(iii). Defendant was also ordered to pay restitution in the amount of $3,841.49.

Defendant, who is currently incarcerated, states that he earns roughly $40 per month and pays $25 toward his restitution monthly. Defendant contends that he does not have enough money leftover to live on, and asks that his restitution payments be returned to quarterly payments of $25 instead of monthly payments of $25 while he remains incarcerated.

Defendant has not demonstrated a material change in his economic circumstances to warrant adjusting his payment schedule, nor has there been a showing that defendant is in default on his restitution payments. 18 U.S.C. §§ 3664(k); 3613A. Accordingly, defendant's motion [DE 62] is DENIED.

SO ORDERED, this __1__ day of ~~October~~ November, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE